# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH JAMES BURKE,** | : | |
|    Petitioner | : | |
| | : | No. 1:22-CV-00052 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN OF** | : | |
| **FCI-SCHUYLKILL,** | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 5th day of January 2023, upon consideration of the petition for a writ of habeas corpus, filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1-1) is **DISMISSED** for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge